Form OPAYWAGE (02/24)

# United States Bankruptcy Court
## Southern District of Alabama
### Case No. 24–12573
### Chapter 13

In re:
Jasmine Keyon Steen
aka Jasmine K. Steen, aka Jasmine Steen
3009 Birmingham St.
Mobile, AL 36617

Social Security No.: xxx–xx–7780

## WAGE DEDUCTION ORDER

**TO: PAYROLL DEPT**
Amazon Services, LLC
202 Westlake Ave. N.
Seattle, WA, 98109

The debtor has filed a chapter 13 bankruptcy case. Jasmine Keyon Steen has subjected all property and all future earnings to the control of this court for as long as he or she is a debtor in chapter 13. This court has exclusive control over all of the debtor's future earnings which, after this date, are not subject to levy or garnishment except as explained below.

You are **ORDERED** to withhold from the wages, earnings or other income of the debtor the sum of $780.00 monthly payable according to your method of payment and remit these funds at least monthly until further order of this court to the Chapter 13 Trustee:

| **BY CHECK:** | | **BY ELECTRONIC PAYMENT:** |
|---|---|---|
| CHAPTER 13 TRUSTEE | | TFS EMPLOYER PAY |
| PO BOX 1779 | OR | https://www.tfsbillpay.com/employer |
| MEMPHIS, TN 38101–1779 | | TFS Bill Pay: 888–800–0294 |

You must continue to pay these funds to the trustee until you receive an order telling you to stop. **Failure to promptly respond, withhold and remit funds, or otherwise comply with the terms of this order will constitute grounds to hold the employer in contempt and impose sanctions.**

It is further **ORDERED** that you, as Employer, must cease withholdings for ALL prior levy, garnishment or deduction orders from ANY OTHER COURT. This means that you must stop withholding for alimony and child support too, EXCEPT ORDERS FOR CURRENT SUPPORT AND ALIMONY owed by the debtor (under § 30–3–61 of the Code of Alabama). Child support and alimony arrearages that were incurred prior to the bankruptcy filing will be dealt with by the court during the debtor's chapter 13 case.

It is further **ORDERED** that you, the Employer, are enjoined from imposing any type or form of penalty, from terminating or attempting (directly or indirectly) to terminate, and from taking any type or form of disciplinary or other coercive action against the employee–debtor because of the issuance and effect of this order. This order has been issued to implement the debtor's voluntary chapter 13 plan as authorized by the United States Bankruptcy Code.

It is further **ORDERED** that upon termination of the employee–debtor's employment, you, as Employer, must notify the Chapter 13 Trustee immediately.

Dated: 10/14/24

_____
HENRY A. CALLAWAY
U.S. BANKRUPTCY JUDGE

EMPLOYER: PLEASE COMPLETE AND RETURN TO:
CHAPTER 13 TRUSTEE, P. O. BOX 1884, MOBILE, AL 36633
_____ The debtor is employed by us and wages will be remitted at least once a month
_____ The debtor is not employed by us. Debtor may now be employed by _____

COMPANY NAME AND ADDRESS: _____

SIGNED: _____ DATED: _____
Re: Jasmine Keyon Steen    Case No: 24–12573