# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1128–1 | User: admin | Date Created: 10/14/2024 |
| Case: 24–12573 | Form ID: opaywagA | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty      Andrew D. Poston      bankruptcy@brockandstout.com

                                                                                                                                           TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Jasmine Keyon Steen      3009 Birmingham St.      Mobile, AL 36617
           Amazon Services, LLC      202 Westlake Ave. N.      Seattle      WA      98109

                                                                                                                                          TOTAL: 2